IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00261-WYD-MEH

PENNTERRA ENERGY PARTNERS, LLC,

        Plaintiff,

v.

MCMAHON ENERGY PARTNERS, LP,
TOFTE ENERGY PARTNERS, LP,
JOE MCMAHON, JR., and
STEVE A. TOFTE,

        Defendants.

---

## ORDER OF DISMISSAL

---

This matter is before the Court on the Stipulated Motion for Dismissal With

Prejudice filed November 21, 2013.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice (ECF No. 32)

is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay its

own attorney fees and costs.

        Dated:  November 26, 2013

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge